# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DALE ALFONZE JOHNSON,

    Petitioner,

v.

WARDEN RONALD MALONE,

    Respondent.

Case No. 18-CV-1026-JPS

**ORDER**

  On July 9, 2018, Magistrate Judge William E. Duffin issued a recommendation to this Court that this action be dismissed without prejudice. (Docket #6). Magistrate Duffin's recommendation was based on his finding that Petitioner had failed to exhaust his state court remedies, a precondition to filing a federal habeas action. *Id.* at 2–4; 28 U.S.C. § 2254(b)(1)(A). The time for objecting to the recommendation has passed and none has been received. *See* Fed. R. Civ. P. 72; Gen. L. R. 72(c). The Court has considered the recommendation and, in light of its agreement with Magistrate Duffin's analysis and without objection from Petitioner, will adopt it.

  Accordingly,

  **IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation (Docket #6) be and the same is hereby **ADOPTED**; and

  **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

  The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 26th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge